IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS DIAZ,<br><br>　　Plaintiff,<br><br>　v.<br><br>SAN DIEGO POLICE DEPARTMENT, et al.,<br><br>　　Defendants. | Case No. 18-cv-05621-MMC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. No. 6 |

Before the Court is Magistrate Judge Joseph C. Spero's Report and Recommendation, filed October 11, 2018, by which said Magistrate Judge recommends the Court deny plaintiff's application to proceed in forma pauperis, filed September 13, 2018. No objection to the Report and Recommendation has been filed.

Having reviewed the matter de novo, the Court hereby ADOPTS the Report and Recommendation in its entirety.

Accordingly, plaintiff's application to proceed in forma pauperis is hereby DENIED. No later than November 30, 2018, plaintiff shall pay the $400 filing fee.

Plaintiff is hereby advised that his failure to pay the filing fee by the above-referenced date will result in dismissal of the above-titled action without prejudice.

**IT IS SO ORDERED.**

Dated: October 31, 2018

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　United States District Judge