IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS DIAZ,<br><br>    Plaintiff,<br><br>  v.<br><br>SAN DIEGO POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 18-cv-05621-MMC<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

By order filed October 31, 2018, the Court denied plaintiff's application to proceed in forma pauperis and directed plaintiff to pay the $400 filing fee no later than November 30, 2018. In addition, by the same order, plaintiff was advised that his failure to pay the filing fee by the above-referenced date would result in dismissal of the above-titled action without prejudice. To date, plaintiff has not paid the filing fee.

Accordingly, the above-titled action is hereby DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: December 6, 2018

_____
MAXINE M. CHESNEY
United States District Judge